# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

UNITED STATES OF AMERICA

       Plaintiff,

v.	Case No. 95-CR-20009

SAM ZORA

       Defendant.
                                   /

**ORDER TERMINATING AS MOOT DEFENDANT'S PETITION TO CLARIFY RECORD**

On June 12, 1996, Defendant Sam Zora pleaded guilty to a violation of 7 U.S.C. § 2024, Food Stamp Fraud, a Class A Misdemeanor. This conviction was incorrectly entered in Defendant's criminal record as a felony. Defendant is currently applying for a translator position with the United States Government and the error has delayed the employment process. Defendant, through counsel, filed a "Petition to Clarify Record" on May 9, 2007. Since then, the Government has corrected the error on record. The conviction now correctly appears as a misdemeanor. On June 5, 2007, the court conducted a phone conference, during which counsel confirmed that the error had been corrected. Accordingly,

IT IS ORDERED that Defendant's "Petition to Clarify Record" [Dkt. # 54] is TERMINATED as moot.

                                                  S/Robert H. Cleland
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated: June 7, 2007

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 7, 2007, by electronic and/or ordinary mail.

                                                 S/Lisa Wagner
                                                 Case Manager and Deputy Clerk
                                                 (313) 234-5522